# UNITED STATES DISTRICT COURT OF MASSACHUSETTS
## 1 COURTHOUSE WAY, BOSTON, MA 02210

LOBARI BLACKWELL                    D.O.C#

PLAINTIFF

V.

18 U.S.C. § 922

REGULATION

COMPLAINT
RIGHTS RESTORATION



## –TABLE OF CONTENT–

| <u>CONTENT</u> | <u>PAGES</u> |
|---|---|
| CITED AUTHORITIES | ii |
| COURT JURISDICTION | 1 |
| BODY OF COMPLAINT | 2 |
| RELIEF | 3 |
| AFFIDAVIT | 4 |
| APPENDIX | iii |

# –CITED AUTHORITIES–

<u>CONTENT</u>                                          <u>PAGES</u>

BODY OF ARTICLES..............................................................1 - 4
ART 2 U.S.C §1...................................................................1
ART 1..................................................................................2
ART 3..................................................................................2
ART 4 U.S.C
§1......................................................................................2
ART4..................................................................................2
ART 4 U.S.C §2...................................................................3
ART 6..................................................................................4
NEW YORK STATE RIFLE AND PISTOL ASSOCIATION INC V. BRUEN................................................................................2
UNITED STATES V RAHIMI 602 U.S. 680 (2024).....................2

## –COURT JURISDICTION–

1. The executive branch of citizens in accordance with ART 2 U.S.C §1, overstep
2. their jurisdiction, by exercising powers not of its entitlement; 18 U.S.C 922
3. and all state provisions in accordance are not consistent with the
4. constitutional guarantees, in accordance with ART 6 U.S.C for this breach
5. error is, if not likely, potentially at hand, and so we convene.

1

# –BODY OF COMPLAINT–

1. Plaintiff's citizenship grants liberties, that were unlawfully regulated. The
2. union of states establishes laws, solely, by the convening of legislature; Art 1
3. U.S.C & Art 4 U.S.C§1 In the development of legislation, every citizen was
4. given historically and constitutionally, their self governing rights to exercise
5. their liberties as they will, in accordance with these laws of the land; Art 6
6. U.S.C, United States v. Rahimi, 602 U.S. 680 (2024). By this code 18 U.S.C §
7. 922, every citizen is deemed criminal by the state in exercising their right to
8. bare arms if they so fall short of the regulatory requirements; New York State
9. Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1. Every development after
10. concerning the right to bare arms of the same member or citizen is the
11. violating of the double jeopardy clause. In accordance with Art 4 U.S.C,
12. plaintiff request by the powers of Art 3 U.S.C, to grant the relief of immunity
13. against Code 18 U.S.C § 922 and all subordinate codes alike.

2

## –RELIEF–

1. where a contravention enforced by a unlawful code would breach plaintiffs
2. right to bare arms and in accordance with ART. 4 U.S.C §2, purchases and
3. property already afforded in accordance with the order will be lawfully
4. unrestricted to official whom conduct background checks.

*[signature]*

126 Oxford st
Lynn, MA 01901
7817154823

lobaviblackwell@gmail

3